IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES,<br><br>        Plaintiff,<br><br>    v.<br><br>SPI PHARMA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 06-540 (UNA)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF ROQUETTE FRÈRES'**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Roquette Frères states that it does not have a parent company and that no publicly held corporation owns more than 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:

Douglas. V. Rigler, Esq.
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
703.521.2297

September 6, 2006
535815

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 6, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and that I caused copies to be served on the following in the manner indicated:

**BY HAND DELIVERY**

SPI Pharma, Inc.
c/o Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

*/s/ Julia Heaney (#3052)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jheaney@mnat.com