IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-KAJ |
| | ) | |
| SPI PHARMA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

Plaintiff Roquette Freres and defendant SPI Pharma, Inc., hereby stipulate and agree, subject to the approval of the Court, that the time for SPI Pharma, Inc. to answer, move, or otherwise respond to the complaint is extended through and including October 23, 2006.

/s/ Julia Heaney
Julia Heaney (No. 3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
Attorneys for Plaintiff

John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
Attorneys for Defendant

So Ordered this ____ day of September, 2006,

_____
United States District Judge