IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-KAJ |
| | ) | |
| SPI PHARMA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Brian P. Murphy and Oren D. Langer of Morgan, Lewis & Bockius LLP to represent SPI Pharma, Inc. in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for SPI Pharma, Inc.*

Date: October 18, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Brian P. Murphy, Esquire and Oren D. Langer, Esquire, is granted.

Date: _____, 2006

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES,<br><br>    Plaintiff<br><br>-vs-<br><br>SPI PHARMA, INC.<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 06-540 (KAJ)<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Brian P. Murphy, Esq., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: Oct. 16, 2006

                                                        /s/ Brian P. Murphy
                                                      Brian P. Murphy, Esq.
                                                      Morgan, Lewis & Bockius LLP
                                                      101 Park Avenue
                                                      New York, NY 10178

                                                      Attorney for Defendant SPI Pharma, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES,<br><br>      Plaintiff<br><br>-vs-<br><br>SPI PHARMA, INC.<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No. 06-540 (KAJ)<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Oren D. Langer, Esq., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: Oct. 16, 2006

                                              Oren D. Langer, Esq.
                                              Morgan, Lewis & Bockius LLP
                                              101 Park Avenue
                                              New York, NY 10178

                                              Attorney for Defendant SPI Pharma, Inc.

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on October 18, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on October 18, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL AND FEDERAL EXPRESS**
>
> Douglas V. Rigler, Esquire
> Young & Thompson
> 745 South 23rd Street, Suite 200
> Arlington, VA 22202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for SPI Pharma, Inc.*