AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF DELAWARE**

**SUMMONS IN A CIVIL ACTION**

ROQUETTE FRÈRES,

   Plaintiff,

v.

   C.A. No. 06-540 (KAJ)

SPI PHARMA, INC. and DRYTEC LTD.,

   Defendants.

TO: DRYTEC LTD.
   c/o Secretary of State
   401 Federal Street, Suite 4
   Dover DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY: Julia Heaney, Esquire
   Morris, Nichols, Arsht & Tunnell LLP
   1201 North Market Street; P.O. Box 1347
   Wilmington, DE 19899-1347
   302-658-9200

an answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO      10-24-06

CLERK           DATE

_Beth Duña_

BY DEPUTY CLERK

RECEIVED 2006 OCT 24 PM 2 41 DIVISION OF CORPORATIONS DEPARTMENT OF STATE

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 24, 2006 |
| NAME OF SERVER (PRINT) Andrew Smith | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Service of the Summons and Complaint was made upon defendant Drytec Ltd by delivering copies thereof to Secretary of State, 401 Federal Street, Suite 4, Dover, DE 19901.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/24/06
         *Date*         *Signature of Server*

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Wilmington, DE  19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure