IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540 (KAJ) |
| | ) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |

## ROQUETTE FRERES' REQUEST TO THE CLERK TO PERFECT SERVICE

Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f), Roquette Freres, by undersigned counsel, requests that the Clerk of the Court perfect service by registered mail on the following defendant at the address listed:

> Drytec Ltd.
> 46 Morley Road
> Tonbridge, Kent
> TN9 1RA, England

A pre-addressed envelope and registered mail receipts are submitted herewith, along with an original plus one copy of the summons, and copies of the Amended Complaint and Notice of Availability of Magistrate Judge, to be served upon Drytec Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Benjamin J. Schladweiler*
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

OF COUNSEL:

Douglas. V. Rigler, Esq.
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
703.521.2297
October 25, 2006
542736

*Attorneys for Plaintiff Roquette Frères*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> (302) 571-6600

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 25, 2006 upon the following individuals in the manner indicated:

**BY HAND AND E-MAIL**

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

**BY E-MAIL**

Brian P. Murphy
Oren D. Langer
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

> */s/ Benjamin J. Schladweiler*
> Benjamin J. Schladweiler (#4601)
> bschladweiler@mnat.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540 (KAJ) |
| | ) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF BENJAMIN SCHLADWEILER

      I hereby certify under penalty of perjury that I have researched service of process in Great Britain and have found that service by mail under Red. R. Civ. P. 4(f)(2)(C)(ii) is an acceptable means of service in that country.

                                               */s/ Benjamin J. Schladweiler*
                                               Benjamin J. Schladweiler (#4601)

October 25, 2006

542733