OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 25, 2006

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Drytec Ltd.
46 Morley Road
Tonbridge, Kent
TN9 1RA, England

RE: Roquette Freres *(Plaintiff)* v. SPI Pharma, Inc. And Drytec LTD.*(Defendants)*
**Civil Action 06-540 KAJ**

Dear Sir/Madam:

Enclosed please find copies of the Amended Complaint and Summons filed in this Court, to include a Notice of Availability of Magistrate Judge, per request made by Mr. Benjamin J. Schladweiler, Esq., dated October 25, 2006.

This service is made pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f).

Sincerely,

BY: *[signature]*
Ronald B. Eberhard
Deputy Clerk

cc: Benjamin J. Schladweiler, Mary Graham & Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*(Attorneys for Plaintiff Roquette Freres)*
VIA E-MAIL (CM/ECF)