OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 25, 2006

REGISTERED MAIL
RETURN RECEIPT REQUESTED

Drytec Ltd.
46 Morley Road
Tonbridge, Kent
TN9 1RA, England

      RE:     Roquette Freres *(Plaintiff)* v. SPI Pharma, Inc. And Drytec LTD.*(Defendants)*
                **Civil Action 06-540 KAJ**

Dear Sir/Madam:

Enclosed please find copies of the Amended Complaint and Summons filed in this Court, to include a Notice of Availability of Magistrate Judge, per request made by Mr. Benjamin J. Schladweiler, Esq., dated October 25, 2006.

This service is made pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f).

Sincerely

BY: Ronald B. Eberhard
Ronald B. Eberhard
Deputy Clerk

cc:    Benjamin J. Schladweiler, Mary Graham & Julia Heaney
       Morris, Nichols, Arsht & Tunnell LLP
       1201 North Market Street
       P.O. Box 1347
       Wilmington, DE 19899
       *(Attorneys for Plaintiff Roquette Freres)*
       VIA E-MAIL (CM/ECF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RE:    Roquette Freres *(Plaintiff)* v. SPI Pharma, Inc. and Drytec LTD. *(Defendants)*

**Civil Action No. 06-540 KAJ**

## AFFIDAVIT OF MAILING

I, Ronald B. Eberhard, Deputy Clerk, being first sworn, depose and say that pursuant to Federal Rule of Civil Procedure 4 (h)(2) and 4(f), I did send on October 25, 2006, by Registered Mail, return receipt requested, via U.S. Postal Service, copies of the amended complaint and summons, to include a Notice of Availability of Magistrate Judge, in subject civil action, addressed to:

> Drytec Ltd.
> 46 Morley Road
> Tonbridge, Kent
> TN9 1RA, England

This mailing was made pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f), as requested by plaintiff's counsel. U.S. postal receipts are attached hereto.

Ronald B. Eberhard
Deputy Clerk

Sworn to and subscribed before me
this 25th day of October, 2006:

Ronald P. Golden III
Deputy Clerk

cc:    Benjamin J. Schladweiler, Mary Graham & Julia Heaney
       Morris, Nichols, Arsht & Tunnell LLP
       1201 North Market Street
       P.O. Box 1347
       Wilmington, DE 19899
       *(Attorneys for Plaintiff Roquette Freres)* VIA E-MAIL (CM/ECF)

## U.S. POSTAL RECEIPTS:

RE:    Roquette Freres *(Plaintiff)* v. SPI Pharma, Inc. and Drytec LTD. *(Defendants)*

### Civil Action No. 06-540 KAJ

```
          RODNEY SQUARE STATION
          WILMINGTON, Delaware
              198019998
           3379300501 -0094
10/25/2006  (800)275-8777    03:29:09 PM

───────── Sales Receipt ─────────
Product       Sale  Unit      Final
Description    Qty  Price     Price

Great Britain and              $5.05
Northern Ireland - Air
Letter-post
  5.40 oz.
  Return Receipt               $1.85
  Registered                   $7.90
  Insured Value :     $0.00
  Article Value :     $0.00
  Label #:        RB217626103US
  Customer Postage            -$13.95
  Subtotal:                     $0.85
                            =========
Issue PVI:                      $0.85


Total:                          $0.85

Paid by:
Cash                            $1.00
Change Due:                    -$0.15


Bill#: 1000602288788
Clerk: 06

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
            Customer Copy
```

**Registered No.**
RB 217 626 103 US

| | Reg. Fee 7.90 | |
|---|---|---|
| Handling Charge | Return Receipt 1.85 | |
| Postage 4.20 | Restricted Delivery | |
| Received by | | |

**Date Stamp**

WILMINGTON
OCT 25 2006

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

OFFICIAL USE

**FROM**
BJSchladweiler
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE   19899

**TO**
Drytec Ltd.
46 Morley Road
Tonbridge, Kent
TN9 1RA ENGLAND

57605 BJS

PS Form **3806**,    **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)                    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®