IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540 (KAJ) |
| | ) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF SERVICE

I, Benjamin Schladweiler, declare as follows:

1. I am an associate in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to plaintiff in this action.

2. Plaintiff has initiated service of the Summons, Amended Complaint and related papers on defendant Drytec Ltd. through the central authority in England pursuant to Article 3 of the Hague Convention. That service is in the process of being completed.

3. On October 24, 2006, the Summons and Amended Complaint were served on defendant Drytec Ltd. pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State.

4. On October 25, 2006, copies of the Summons and Amended Complaint were sent by International Registered Mail, Return Receipt Requested, to Drytec Ltd., 46 Morley Road, Tonbridge, Kent, TN9 1RA, England pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

5. A copy of the International Registered Mail receipt showing that Drytec Ltd. received the Summons, Amended Complaint and related papers is attached (*see* Ex. A).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2006             */s/ Benjamin J. Schladweiler*
                                          Benjamin J. Schladweiler

544801

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 8, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> Young, Conaway, Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> (302) 571-6600

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 8, 2006 upon the following individuals in the manner indicated:

**BY HAND AND E-MAIL**

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

**BY E-MAIL**

Brian P. Murphy
Oren D. Langer
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
(212) 309-6000

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com

# EXHIBIT A

Case 1:06-cv-00540-GMS-MPT    Document 16-2    Filed 11/08/2006    Page 1 of 3

CA 06-540KAJ longarm process

| Registered article Envoi recommandé | ☐ Letter Lettre ☒ | ☐ Printed Matter Imprimé | ☐ Other Autre | ☐ Express Mail International |
|---|---|---|---|---|
| ☐ Insured parcel Colis avec valeur déclarée | Insured Value Valeur déclarée | | Article No. RB 217 626 103 US | |
| Office of mailing Bureau or depot Drytec Ltd. | | | Date of posting Date de depot October 25, 2006 | |

Addressee (Name or firm)     Nom ou raison sociale du destinataire
46 Morley Road

Street and No.     Rue et No.
Tonbridge, Kent

Place and country     Lieu et Pays
TN9 1RA    ENGLAND

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

*Cet avis doit etre signé par le destinataire ou par une personne y autorisée en vertu des reglements du pays de destination, ou, si ces reglements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expediteur.*

Postmark of the office of destination
Timbre du bureau de destination

| The article mentioned above was duly delivered. L'envoi mentionné ci-dessus a été dûment livré. | Date 1/11/2006 |
|---|---|
| Signature of the addressee Signature du destinataire | Signature of the employee of the office of destination. Signature de l'agent du bureau du destination. |

**POSTAL SERVICE OF THE UNITED STATES OF AMERICA**
*Administration des Postes des Etats-Unis d'Amérique*

C5
Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

PAR AVION

**POSTAL SERVICE**
*Service des postes*

**RETURN RECEIPT**
*Avis de réception*

To be returned by the quickest route (air or surface mail), à découvert and postage free.

*A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

To be filled out by the sender, who will indicate his address for the return of this receipt.
*A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.*

| Name or firm | Nom ou raison sociale |
|---|---|
| Benjamin J. Schladweiler  57605 | |
| Morris Nichols Arsht & Tunnell LLP | |
| 1201 N. Market Street | |
| Street and No. | Rue et no. |
| Wilmington, DE 19899 | |
| City, State and ZIP Code | Lieu et Pays |
| UNITED STATES OF AMERICA | Etats-Unis d'Amérique |

PS Form 2865
Mar. 1985