IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-KAJ |
| | ) | |
| SPI PHARMA, INC., and DRYTEC LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND PROPOSED ORDER**

Plaintiff Roquette Freres and defendant Drytec Ltd., hereby stipulate and agree, subject to the approval of the Court, that the time for Drytec Ltd. to answer, move, or otherwise respond to the complaint is extended through and including December 6, 2006.

/s/ Julia Heaney
Mary B. Graham (No. 2256)
Julia Heaney (No. 3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
*Attorneys for Roquette Freres*

John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Drytec Ltd.*

So Ordered this ____ day of November, 2006,

_____
United States District Judge