IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPI PHARMA, INC. and DRYTEC LTD.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 06-540 (KAJ)<br>)<br>)<br>)<br>)<br>) |

### **PLAINTIFF'S REPLY TO SPI PHARMA, INC.'S COUNTERCLAIMS**

Plaintiff Roquette Frères hereby responds to each paragraph presented by SPI Pharma, Inc. in its counterclaims, as follows:

18.　Admitted that this Court has authority to issue a declaratory judgment. The remainder of this paragraph consists of conclusions of law to which no response is required.

19.　Admitted.

20.　Admitted.

21.　Admitted.

22.　This paragraph consists of conclusions of law to which no response is required.

23.　Denied.

24.　Denied.

### **JURY TRIAL DEMAND**

25.　Plaintiff Roquette Frères demands a trial by jury on all issues so triable.

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Benjamin J. Schladweiler*

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
703.521.2297

Dated:  November 22, 2006
546770

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 22, 2006 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| John W. Shaw | Brian P. Murphy |
| YOUNG, CONAWAY, STARGATT & TAYLOR | Oren D. Langer |
| The Brandywine Building | MORGAN, LEWIS & BOCKIUS LLP |
| 1000 West Street, 17th Floor | 101 Park Avenue |
| Wilmington, DE 19899-0391 | New York, NY 10178 |

*/s/ Benjamin J. Schladweiler*
_____
Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com