IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-KAJ |
| | ) | |
| SPI PHARMA, INC., and DRYTEC LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT DRYTEC LTD.'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Drytec Ltd. hereby moves to dismiss the Amended Complaint of Roquette Freres as to Defendant Drytec Ltd. for lack of personal jurisdiction. The grounds for this motion are fully set forth in Drytec Ltd.'s Opening Brief in support of its Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, Defendant Drytec Ltd. respectfully requests that the Court dismiss the Amended Complaint as to Defendant Drytec Ltd. and grant any other relief to which Defendant is entitled.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Drytec Ltd.*

OF COUNSEL:
Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000

Dated: December 6, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on December 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on December 6, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL AND FEDERAL EXPRESS**
>
> Douglas V. Rigler, Esquire
> Young & Thompson
> 745 South 23rd Street, Suite 200
> Arlington, VA 22202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for SPI Pharma, Inc. and Drytec Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-KAJ |
| | ) | |
| SPI PHARMA, INC., and DRYTEC LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this ____ day of _____, 2006, having considered Defendant Drytec Ltd.'s Motion to Dismiss, and the parties' arguments in support of and in opposition to the motion,

IT IS HEREBY ORDERED that Defendant Drytec Ltd.'s Motion to Dismiss the Amended Complaint of Roquette Freres as to Drytec Ltd. for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) is GRANTED.

_____
United States District Judge