IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES,<br><br>   Plaintiff,<br><br>  v.<br><br>SPI PHARMA, INC. and DRYTEC LTD.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-540 (***)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME TO FILE ANSWERING BRIEF

  IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for plaintiff to file its answering brief to Drytec Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 20) shall be extended to February 9, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Julia Heaney (#3052)* | */s/ John W. Shaw (#3362)* |
| Mary B. Graham (#2256) | John W. Shaw (#3362) |
| Julia Heaney (#3052) | Karen E. Keller (#4489) |
| Benjamin J. Schladweiler (#4601) | The Brandywine Building |
| 1201 North Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 571-6600 |
| (302) 658-9200 | |
| | *Attorneys for Defendant Drytec Ltd.* |
| *Attorneys for Plaintiff Roquette Frères* | |

December 18, 2006
546769