IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPI PHARMA, INC. and DRYTEC LTD.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 06-540 (***)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF COLLEEN N. BLACKNEY

PLEASE TAKE NOTICE that Plaintiff Roquette Frères will take, if necessary, the testimony of COLLEEN N. BLACKNEY, Marketing Manager of Defendant SPI Pharma, Inc., on jurisdictional issues, by deposition upon oral examination at the Offices of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 N. Market Street, Wilmington, DE 19899, on January 22, 2007 at 12:00 noon. The deposition will be recorded stenographically.

This notice is for scheduling purposes in the event that jurisdictional issues remain unresolved following the Deposition of Paul C. Kennet on January 16, 2007.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Julia Heaney*
　　　　　　　　　　　　　　　　　　　　_____
OF COUNSEL:　　　　　　　　　　　　　Mary B. Graham (#2256)
　　　　　　　　　　　　　　　　　　　　Julia Heaney (#3052)
Douglas. V. Rigler　　　　　　　　　　　　Benjamin J. Schladweiler (#4601)
Andrew J. Patch　　　　　　　　　　　　1201 North Market Street
YOUNG & THOMPSON　　　　　　　　　　P.O. Box 1347
745 South 23rd Street, Suite 200　　　　　Wilmington, DE 19899
Arlington, VA  22202　　　　　　　　　　302.658.9200
703.521.2297
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Roquette Frères*
Dated: January 10, 2007
665370.1


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 10, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> YOUNG, CONAWAY, STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 10, 2007 upon the following individuals in the manner indicated:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
| --- | --- |
| John W. Shaw<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | Brian P. Murphy<br>Oren D. Langer<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY  10178 |

*/s/ Julia Heaney*

Julia Heaney (#3052)
JHeaney@mnat.com