IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPI PHARMA, INC. and DRYTEC LTD.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 06-540 (\*\*\*)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION OF PAUL. C. KENNET

PLEASE TAKE NOTICE that Plaintiff Roquette Frères will take the testimony of PAUL C. KENNET, Managing Director of Defendant Drytec Ltd., on jurisdictional issues, by deposition upon oral examination at the London Offices of MORGAN, LEWIS & BOCKIUS LLP, 2 Gresham Street, London EC2V 7PE, United Kingdom, on January 16, 2007 at 12:00 pm. The deposition will be recorded stenographically.

　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　*/s/ Julia Heaney*
　　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　Mary B. Graham (#2256)
OF COUNSEL:　　　　　　　　　　　　　Julia Heaney (#3052)
　　　　　　　　　　　　　　　　　　　Benjamin J. Schladweiler (#4601)
Douglas. V. Rigler　　　　　　　　　　　1201 North Market Street
Andrew J. Patch　　　　　　　　　　　　P.O. Box 1347
YOUNG & THOMPSON　　　　　　　　　　Wilmington, DE 19899
745 South 23rd Street, Suite 200　　　　　302.658.9200
Arlington, VA  22202
703.521.2297　　　　　　　　　　　　　*Attorneys for Plaintiff Roquette Frères*

Dated: January 10, 2007
665368.1

- 2 -

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 10, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 10, 2007 upon the following individuals in the manner indicated:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
|---|---|
| John W. Shaw<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | Brian P. Murphy<br>Oren D. Langer<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY  10178 |

*/s/ Julia Heaney*

Julia Heaney (#3052)
JHeaney@mnat.com

- 2 -