IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-540-(***) |
| | ) | |
| v. | ) | |
| | ) | |
| SPI PHARMA, INC. and | ) | **REDACTED VERSION** |
| DRYTEC LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF COLLEEN BLACKNEY IN SUPPORT OF DEFENDANT DRYTEC LTD.'S MOTION TO DISMISS

Pursuant to 28 U.S.C. § 1746, I, Colleen Blackney, declare the following to the best of my knowledge and understanding:

1.      I am the Marketing Manager of defendant SPI Pharma, Inc. ("SPI"). Appointed as Marketing Manager in January 2003, my job responsibilities include establishing and executing all promotion and pricing plans related to our excipient line of products. This includes, among other things, deciding what products will be a part of our product range and where those products will be manufactured, warehoused and sold. As such, I have personal knowledge of the facts set forth in this Declaration.

2.      I make this Declaration in support of Drytec Ltd's Motion to Dismiss for Lack of Personal Jurisdiction. This Declaration is not intended to address any facts related to the merits of plaintiff's claim.

1



I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Dated: February 15, 2007                              *Colleen Blackney*
                                                       Colleen Blackney,
                                                       Marketing Manager, SPI Pharma, Inc.

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, hereby certify that on February 26, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE  19801

I further certify that on February 26, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Douglas V. Rigler, Esquire
> Young & Thompson
> 745 South 23rd Street, Suite 200
> Arlington, VA  22202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jcastellano@ycst.com
*Attorneys for SPI Pharma, Inc. and Drytec Ltd.*

# EXHIBIT A

## (Entirely Redacted)