IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-*** |
| | ) | |
| SPI PHARMA, INC., and DRYTEC LTD., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND PROPOSED ORDER

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 73.1, plaintiff Roquette Freres and defendant Drytec Ltd. hereby stipulate, consent and agree, subject to the approval of the Court, to have the Honorable Magistrate Judge Thynge decide Drytec Ltd.'s pending Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 19).

/s/ Julia Heaney
Mary B. Graham (No. 2256)
Julia Heaney (No. 3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
*Attorneys for Roquette Freres*

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Drytec Ltd.*

So Ordered this ____ day of March, 2007,

_____
United States District Judge