IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540-*** |
| | ) |
| SPI PHARMA, INC., and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 19, 2007, copies of 1) Defendant SPI Pharma, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1); 2) Defendant SPI Pharma, Inc.'s First Set of Requests for the Production of Documents and Things to Plaintiff Roquette Freres Pursuant to Fed. R. Civ. P. 34, and 3) Defendant SPI Pharma, Inc.'s First Set of Interrogatories to Plaintiff Roquette Freres were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

Additionally, I hereby certify that on March 19, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801

**BY E-MAIL**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA  22202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jeffrey T. Castellano

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jcastellano@ycst.com

*Attorneys for SPI Pharma, Inc. and Drytec Ltd.*

OF COUNSEL:

Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000

Dated: March 19, 2007