IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 06-540 (***) <br> ) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Plaintiff Roquette Frères Initial Disclosures* were caused to be served on March 19, 2007 upon the counsel of record as indicated below:

### BY U.S. MAIL AND ELECTRONIC MAIL

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Brian P. Murphy
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   *Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
(703) 521-2297

March 20, 2007
767817

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 20, 2007 upon the following individuals in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| John W. Shaw<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | Brian P. Murphy<br>Oren D. Langer<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY  10178 |

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com