IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES,<br><br>      Plaintiff,<br><br>      v.<br><br>SPI PHARMA, INC. and DRYTEC LTD.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 06-540 (***)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Plaintiff Roquette Frères First Set of Document Requests to SPI Pharma, Inc.* and *Plaintiff Roquette Frères First Set of Interrogatories to SPI Pharma, Inc.* were caused to be served on April 5, 2007 upon the counsel of record as indicated below:

**BY EMAIL AND HAND**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY EMAIL**

Brian P. Murphy
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   *Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA 22202
(703) 521-2297

April 5, 2007
767817

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> YOUNG, CONAWAY, STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 5, 2007 upon the following individuals in the manner indicated:

| **BY EMAIL AND HAND** | **BY EMAIL** |
|---|---|
| John W. Shaw<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | Brian P. Murphy<br>Oren D. Langer<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY  10178 |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com