# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-540-*** |
| SPI PHARMA, INC. and DRYTEC LTD., | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **17th** day of **April, 2007.**

IT IS ORDERED that a teleconference with Judge Thynge has been scheduled for **Friday, April 20, 2007 at 12:30 P.M. Eastern Time** to discuss a discovery issue in this matter. **Julia Heaney, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE