IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-540-*** |
| | : |
| SPI PHARMA, INC. and DRYTEC LTD., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **18th** day of **April, 2007.**

IT IS ORDERED that the teleconference with Judge Thynge scheduled for Friday, April 20, 2007 at 12:30 P.M. Eastern Time to discuss a discovery issue in this matter is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE