IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES,<br><br>    Plaintiff,<br><br>    v.<br><br>SPI PHARMA, INC. and DRYTEC LTD.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 06-540 (***)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Plaintiff's Responses and Objections to Defendant SPI Pharma, Inc.'s First Set of Requests for the Production of Documents and Things* and *Plaintiff's Responses and Objections to Defendant SPI Pharma, Inc.'s First Set of Interrogatories* were caused to be served on May 18, 2007 upon the counsel of record as indicated below:

**BY FIRST CLASS MAIL**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY FIRST CLASS MAIL AND FEDERAL EXPRESS**

Brian P. Murphy
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA 22202
(703) 521-2297

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
    Attorneys for Plaintiff Roquette Frères

May 22, 2007
767817

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 22, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> YOUNG, CONAWAY, STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 22, 2007 upon the following individuals in the manner indicated:

**VIA E-MAIL**

| | |
|---|---|
| John W. Shaw | Brian P. Murphy |
| YOUNG, CONAWAY, STARGATT & TAYLOR | Oren D. Langer |
| The Brandywine Building | MORGAN, LEWIS & BOCKIUS LLP |
| 1000 West Street, 17th Floor | 101 Park Avenue |
| Wilmington, DE 19899-0391 | New York, NY  10178 |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com