IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 06-540 (***) |
| | ) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DEPOSITION OF COLLEEN BLACKNEY

PLEASE TAKE NOTICE that Plaintiff Roquette Frères will take the testimony of COLLEEN BLACKNEY by deposition upon oral examination at the offices of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 N. Market Street, Wilmington, DE 19899, on June 27, 2007 commencing at 9:30 a.m. The deposition will be recorded stenographically and/or by videotape by a certified court reporter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:
Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA 22202
(703) 521-2297

May 23, 2007
839338

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 23, 2007 upon the following individuals in the manner indicated:

**<u>BY E-MAIL</u>**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Brian P. Murphy
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com