IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540-*** |
| | ) |
| SPI PHARMA, INC., and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 1, 2007, copies of 1) Defendant SPI Pharma, Inc.'s Second Set of Requests for the Production of Documents and Things to Plaintiff Roquette Freres Pursuant to Fed. R. Civ. P. 34, and 2) Defendant SPI Pharma, Inc.'s Second Set of Interrogatories to Plaintiff Roquette Freres were served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

Additionally, I hereby certify that on June 1, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Jeffrey T. Castellano
        John W. Shaw (No. 3362)
        Jeffrey T. Castellano (No. 4837)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        jcastellano@ycst.com

        *Attorneys for SPI Pharma, Inc. and Drytec Ltd.*

OF COUNSEL:

Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Dated: June 1, 2007