IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-540-MPT |
| | : |
| SPI PHARMA, INC. and DRYTEC LTD., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **8th** day of **June, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, June 13, 2007 at 3:00 p.m.** with Judge Thynge to address a discovery issue. **Julia Heaney, Esquire shall initiate the teleconference call.**

IT IS FURTHER ORDERED that the status teleconference scheduled for Tuesday, June 26, 2007 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE