# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

June 19, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
844 King Street
Wilmington, DE 19801

    Re:   *Roquette Freres v. SPI Pharma, Inc.*
            C.A. 06-540 (\*\*\*)

Dear Judge Thynge:

      Pursuant to the Court's Rulings issued during the June 13, 2007 telephone conference, the parties submit the enclosed Proposed Joint Addendum to the Scheduling Order concerning limited jurisdictional discovery and briefing schedule in anticipation of Defendants' motion to dismiss.

                                        Respectfully,

                                        */s/ Julia Heaney*
                                        Julia Heaney (# 3052)

Enclosure

    cc:   Dr. Peter Dalleo, Clerk (By hand)
            John W. Shaw (By e-mail)
            Oren D. Langer (By e-mail)

865517

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-540 (***) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) |
| Defendants. | ) |

### [Proposed] FIRST ADDENDUM TO SCHEDULING ORDER

WHEREFORE on this ____ day of _____, 2007, the Court having conducted a telephone conference with the parties on June 13, 2007, and the Court having issued certain rulings during that telephone conference that require an addendum to the Court's Scheduling Order (D.I. 37);

IT IS ORDERED that:

Plaintiff's motion for leave to amend its pleadings to join additional parties (D.I. 48) is granted. Plaintiff shall further amend its pleadings to clarify that its allegations of patent infringement include indirect infringement, and specifically contributory infringement and inducement of infringement. Plaintiff shall file its Second Amended Complaint within three days of entry of this Order;

In anticipation of a renewed motion to dismiss for lack of personal jurisdiction on behalf of Drytec Ltd. and the newly-joined defendants, Plaintiff is granted leave to conduct limited discovery, related to personal jurisdiction, from Drytec Ltd., Anhydro U.K. Ltd., Drytec Contract Processing Ltd. and Anhydro Holding A/S, and may notice one (1) deposition upon oral

examination, including an accompanying request for the production of documents and tangible things at the taking of the deposition; and it is

FURTHER ORDERED that the parties shall submit briefs on any such motion according to the following schedule:

Defendants' Opening Brief shall be filed and served not later than July 10, 2007;

Plaintiff's Answering Brief shall be filed and served not later than July 27, 2007; and

Defendants' Reply Brief shall be filed and served not later than August 3, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

865519