IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SPI PHARMA, INC. and DRYTEC LTD.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-540 (***)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF PAUL C. KENNET

PLEASE TAKE NOTICE that Plaintiff Roquette Frères will take the testimony of Paul C. Kennet, Managing Director of Defendant Drytec Ltd., by deposition upon oral examination at the London Offices of MORGAN, LEWIS & BOCKIUS LLP, 2 Gresham Street, London EC2V 7PE, United Kingdom, commencing on July 13, 2007, at 11 a.m. The deposition will be recorded stenographically. The witness is directed to bring with him the documents listed on Schedule A to this Notice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
　*Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:
Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
(703) 521-2297

June 20, 2007
866139

## SCHEDULE A

The "Drytec Entities" as used in this Schedule include Drytec Ltd., Drytec Contract Processing Ltd., Drytec Holdings Ltd., Anhydro U.K. Ltd., and Anhydro Holding A/S. "Mannogem EZ" as used in this Schedule means MannogemTM EZ Spray Dried Mannitol.

1. Documents describing the current corporate status, Managing Director, and the ownership changes regarding the consolidation in January 2007 of the various Drytec Entities into "a single entity" as set forth in the web press release of Anhydro A/S dated January 31, 2007.

2. Documents describing the corporate status, ownership status and Managing Director of each Drytec Entity in 2003, 2004, 2005, 2006, and 2007.

3. Documents describing the relationship and any common ownership of each Drytec Entity and Drytec North America LLC from January 1, 2003 to date.

4. The current corporate structure of each Drytec Entity.

5. Any dissolution documents for each Drytec Entity.

6. All purchase orders, invoices, shipping instructions, and bills of lading relating to the manufacture of Mannogem EZ by any of the Drytec Entities including but not limited to manufacturing undertaken pursuant to the Commercial Letter of Agreement of October 1, 2003.

7. All chain of title documents pertaining to each lot of Mannogem EZ manufactured (whether pursuant to a toll manufacturing agreement or otherwise) by any Drytec Entity.

8. Sourcing documents, including shipping documents, bills of lading, customs documents, purchase orders and invoices for any mannitol shipment or delivery by SPI Pharma, Inc. (or any affiliated entity) to any Drytec Entity.

- 2 -

9. All toll manufacturing agreements between SPI Pharma, Inc. (or any affiliated entity) and any Drytec Entity, including all modifications and amendments (including any terminations) thereto.

10. All purchase orders, invoices, payment receipts, and shipping instructions (including bills of lading) exchanged between any Drytec Entity and SPI Pharma, Inc. pertaining to the manufacture and/or sale of components, including but not limited to the atomization components, for an SPI Pharma, Inc. spray drying installation in the United States.

11. All purchase orders, invoices, payment receipts, and shipping instructions (including bills of lading) exchanged between any Drytec Entity and Drytec North America LLC pertaining to the manufacture and/or sale of components, including but not limited to the atomization components, for an SPI Pharma, Inc. spray drying installation in the United States.

12. All purchase orders, invoices, payment receipts, and shipping instructions (including bills of lading) exchanged between any Drytec Entity and any other Drytec Entity pertaining to the manufacture and/or sale of components, including but not limited to the atomization components, for an SPI Pharma, Inc. spray drying installation in the United States.

13. All customs declarations made by any Drytec Entity to the United States Customs Service relating to Mannogem EZ and/or component parts for a spray drying installation of SPI Pharma, Inc. in the United States.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 20, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> Jeffrey T. Castellano
> YOUNG, CONAWAY, STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 20, 2007 upon the following individuals in the manner indicated:

### BY E-MAIL

> John W. Shaw
> Jeffrey T. Castellano
> YOUNG, CONAWAY, STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391
>
> Brian P. Murphy
> Oren D. Langer
> MORGAN, LEWIS & BOCKIUS LLP
> 101 Park Avenue
> New York, NY 10178

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com