IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-540 (***) |
| v. ) | |
| ) | |
| SPI PHARMA, INC. and DRYTEC LTD., ) | |
| ) | |
| Defendants. ) | |

**[Proposed] FIRST ADDENDUM TO SCHEDULING ORDER**

WHEREFORE on this __21__ day of __June__, 2007, the Court having conducted a telephone conference with the parties on June 13, 2007, and the Court having issued certain rulings during that telephone conference that require an addendum to the Court's Scheduling Order (D.I. 37);

IT IS ORDERED that:

Plaintiff's motion for leave to amend its pleadings to join additional parties (D.I. 48) is granted. Plaintiff shall further amend its pleadings to clarify that its allegations of patent infringement include indirect infringement, and specifically contributory infringement and inducement of infringement. Plaintiff shall file its Second Amended Complaint within three days of entry of this Order;

In anticipation of a renewed motion to dismiss for lack of personal jurisdiction on behalf of Drytec Ltd. and the newly-joined defendants, Plaintiff is granted leave to conduct limited discovery, related to personal jurisdiction, from Drytec Ltd., Anhydro U.K. Ltd., Drytec Contract Processing Ltd. and Anhydro Holding A/S, and may notice one (1) deposition upon oral

examination, including an accompanying request for the production of documents and tangible things at the taking of the deposition; and it is

FURTHER ORDERED that the parties shall submit briefs on any such motion according to the following schedule:

Defendants' Opening Brief shall be filed and served not later than July 10, 2007;

Plaintiff's Answering Brief shall be filed and served not later than July 27, 2007; and

Defendants' Reply Brief shall be filed and served not later than August 3, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

865519