IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540-*** |
| | ) |
| SPI PHARMA, INC., and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 22, 2007, copies of SPI Pharma, Inc.'s First Supplemental Responses to Roquette Freres' First Set of Interrogatory Nos. 1-3, 6 and 13 were served upon the following counsel of record in the manner indicated, and on June 26, 2007, copies of the verification thereto were served upon the following counsel of record in the manner indicated:

#### BY HAND DELIVERY AND E-MAIL

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801

#### BY E-MAIL

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA  22202

Additionally, I hereby certify that on June 26, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ 

John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jcastellano@ycst.com

*Attorneys for SPI Pharma, Inc. and Drytec Ltd.*

OF COUNSEL:

Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Dated: June 26, 2007