IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 06-540-*** |
| SPI PHARMA, INC., DRYTEC LTD., DRYTEC CONTRACT PROCESSING LTD., ANHYDRO U.K. LTD. and ANHYDRO HOLDING A/S, | ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 29, 2007, copies of Objections to Plaintiff's Notice of Deposition of Paul C. Kennet were served upon the following counsel of record in the manner indicated:

**BY E-MAIL**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

Additionally, I hereby certify that on July 2, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

DB02:5854428.1                                                                                                          064409.1001

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ signature
        John W. Shaw (No. 3362)
        Jeffrey T. Castellano (No. 4837)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        jcastellano@ycst.com

        *Attorneys for Defendants*

OF COUNSEL:

Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Dated: July 2, 2007