IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540 (***) |
| | ) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Plaintiff's First Supplemental Response and Objections to Defendant SPI Pharma, Inc.'s Interrogatory No. 13* and *Plaintiff's Responses and Objections to Defendant SPI Pharma, Inc.'s Second Set of Interrogatories and Second Set of Requests for the Production of Documents and Things* were caused to be served on June 29, 2007 and July 2, 2007 respectively upon the counsel of record as indicated below:

**BY FIRST CLASS MAIL**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY FIRST CLASS MAIL**

Brian P. Murphy
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

- 2 -

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA 22202
(703) 521-2297

July 2, 2007
767817

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
    Attorneys for Plaintiff Roquette Frères

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> YOUNG, CONAWAY, STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 2, 2007 upon the following individuals in the manner indicated:

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**VIA E-MAIL**
Brian P. Murphy
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

Julia Heaney (#3052)
jheaney@mnat.com