IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-540-*** |
| ) | |
| SPI PHARMA, INC., and DRYTEC LTD., ) | |
| DRYTEC CONTRACT PROCESSING LTD., ) | |
| ANHYDRO U.K. LTD. and ANHYDRO ) | |
| HOLDING A/S, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
OF DEFENDANTS DRYTEC CONTRACT PROCESSING LTD.,
ANHYDRO U.K. LTD. AND ANHYDRO HOLDING A/S**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants Drytec Contract Processing Ltd. ("Drytec CP"), Anhydro U.K. Ltd. ("Anhydro U.K.") and Anhydro Holding A/S (collectively referred to as "Co-Defendants") hereby move to dismiss the Second Amended Complaint of Roquette Freres as to Co-Defendants for lack of personal jurisdiction. The grounds for this motion are fully set forth in Co-Defendants' Opening Brief in support of their Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, Defendants Drytec CP, Anhydro U.K. and Anhydro Holding A/S respectfully request that the Court dismiss the Second Amended Complaint as to Co-Defendants and grant any other relief to which Co-Defendants are entitled.

                        YOUNG CONAWAY STARGATT
                                 & TAYLOR, LLP

                       */s/ Andrew A. Lundgren*
                       John W. Shaw (No. 3362)
                       Andrew A. Lundgren (No. 4429)
                       Jeffrey T. Castellano (No. 4837)
                       The Brandywine Building
                       1000 West Street, 17th Floor
                       Wilmington, Delaware 19801
                       (302) 571-6600
                       alundgren@ycst.com

                       *Attorneys for Defendants*

OF COUNSEL:
Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Dated: July 10, 2007

# CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on July 10, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham, Esquire
>Julia Heaney, Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>Wilmington, DE  19801

I further certify that on July 10, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

>Douglas V. Rigler, Esquire
>Young & Thompson
>745 South 23rd Street, Suite 200
>Arlington, VA  22202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
alundgren@ycst.com

*Attorneys for SPI Pharma, Inc. and Drytec Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540-KAJ |
| | ) |
| SPI PHARMA, INC., and DRYTEC LTD., | ) |
| DRYTEC CONTRACT PROCESSING LTD., | ) |
| ANHYDRO U.K. LTD. and ANHYDRO | ) |
| HOLDING A/S, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this ____ day of _____, 2006, having considered the Motion to Dismiss of Defendants Drytec Contract Processing Ltd., Anhydro U.K. Ltd. and Anhydro Holding A/S, and the parties' arguments in support of and in opposition to the motion,

IT IS HEREBY ORDERED that the Motion to Dismiss the Second Amended Complaint of Roquette Freres as to Defendants Drytec Contract Processing Ltd., Anhydro U.K. Ltd. and Anhydro Holding A/S for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) is GRANTED.

_____
United States Magistrate Judge