IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-540-(***) |
| | ) | |
| v. | ) | |
| | ) | |
| SPI PHARMA, INC., DRYTEC LTD., | ) | |
| DRYTEC CONTRACT PROCESSING | ) | |
| LTD., ANHYDRO U.K., LTD., and | ) | |
| ANHYDRO HOLDING A/S, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF BJARNE HENNING JENSEN</u>

Pursuant to 28 U.S.C. § 1746, I, Bjarne Henning Jensen, declare the following to the best of my knowledge and understanding:

1.    I am employed by Anhydro Holding A/S as Vice President, Technology. As such, I have personal knowledge of the facts set forth in this declaration. I make this declaration in support of Anhydro Holding A/S motion to dismiss for lack of personal jurisdiction.

2.    The purpose of this declaration is to provide factual information concerning the business of Anhydro Holding A/S and its lack of contacts with the State of Delaware. Additionally, I provide information concerning the relationship between Anhydro Holding A/S and the other defendants.

1

## I.     ANHYDRO HOLDING A/S IS A DANISH HOLDING COMPANY

3.     Anhydro Holding A/S is a private holding company located in Soeborg, Denmark, and was formed under the laws of Denmark. Anhydro Holding A/S owns various companies that are primarily in the international dairy, food and beverage, ethanol, starch, pharmaceutical, chemical, alcohol and brewery industries. Anhydro Holding A/S is the parent company of Anhydro U.K. Holdings Ltd., a private British holding company, which owns Anhydro U.K. Ltd. and Drytec Contract Processing Ltd, both British companies. Attached as Exhibit A is a true and correct Dun & Bradstreet Report for Anhydro Holding A/S.

4.     Anhydro Holding A/S has never actively directed or controlled the day-to-day business operations of either Anhydro U.K. Ltd. or Drytec Contract Processing Ltd.

5.     Some of Anhydro Holding A/S' subsidiaries recently changed their corporate names to promote the global "Anhydro" brand, e.g., Drytec Ltd. to Anhydro U.K. Ltd. and Drytec Holdings Ltd. to Anhydro U.K. Holdings Ltd. There was no consolidation, merger or transfer of ownership of these companies that resulted from the name changes. Anhydro U.K., Drytec CP and Anhydro Holding A/S remain wholly separate corporate entities.

## II.     ANHYDRO HOLDING A/S HAS NOT ENGAGED IN INFRINGING ACTIVITIES IN THE STATE OF DELAWARE

6.     Anhydro Holding A/S has never made, used, sold or offered to sell MANNOGEM™ EZ within the United States or imported MANNOGEM™ EZ into the United States.

7.     Anhydro Holding A/S has never made, used, sold or offered to sell any mannitol product within the United States or imported any mannitol product into the United States.

8.     Anhydro Holding A/S has never contracted to do any business related to any products with SPI Pharma, Inc.

2

### III.    ANHYDRO HOLDING A/S HAS NO OTHER CONTACTS WITH THE STATE OF DELAWARE

9.    Anhydro Holding A/S is not a Delaware entity and has never been authorized or registered to do business in the State of Delaware.

10.    Anhydro Holding A/S does not maintain a registered agent for service of process in Delaware.

11.    Anhydro Holding A/S does not have an office, place of business, factory or showroom in Delaware.

12.    No Anhydro Holding A/S officer, employee, or representative maintains an office in Delaware.

13.    Anhydro Holding A/S does not have an interest in and does not use or possess any real or personal property in the State of Delaware.

14.    Anhydro Holding A/S does not provide insurance or act as a surety for anyone in Delaware.

15.    Anhydro Holding A/S does not maintain a mailing address, telephone listing or bank account in Delaware.

16.    Anhydro Holding A/S has not paid any Delaware State income tax or franchise fees.

17.    Anhydro Holding A/S has never commenced any lawsuit in the State of Delaware.

18.    Anhydro Holding A/S has never transacted business or performed any character of work or service in Delaware.

19.    Anhydro Holding A/S has never directed any advertising specifically toward residents of Delaware.

3

20.     Anhydro Holding A/S derives no revenue from any clients, consumers, customers or any other business in Delaware.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: July, ___9___ 2007

_____
Bjarne Henning Jensen,
Vice President, Technology
Anhydro Holding A/S

# EXHIBIT A

# LexisNexis®*Company Dossier - ANHYDRO HOLDING A/S*

## Table of Contents

LexisNexis® Company Dossier - ANHYDRO HOLDING A/S Batch Delivery Request Report
Selected Documents: 2
Date of Request: 7/6/07

| | **Document** | **Full-Text Request** |
|---|---|---|
| 1 | Snapshot | Completed |
| 2 | Global Duns Market Identifiers | Completed |

**Key:**

**Completed** - Full-text retrieved and delivered below.
**Error** - Full-text could not be retrieved and/or delivered.

Copyright© LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

Page 2

# Snapshot

## ANHYDRO HOLDING A/S

| | | | |
|---|---|---|---|
| **Type** | Private | **Ticker(s)** | |
| **Address** | | **Exchange(s)** | |
| | , | | |
| | DENMARK | | |
| **Phone** | (0045) 70278222 | **E-mail** | |
| **Fax** | | **Internet** | |
| **DUNS® Number** | 30-874-7620 | **Employees** | NaN |

| | |
|---|---|
| **Primary SIC Code** | **Primary NAICS Code** |
| Holding companies, nec (6719) | Offices of Other Holding Companies (551112) |
| **Secondary SIC Codes** | **Secondary NAICS Codes** |

**ANHYDRO HOLDING A/S At a Glance**

**Business Description**

HOLDING COMPANIES, NEC, NSK

from Global Duns Market Identifiers, June 8, 2007
Copyright 2004 Dun & Bradstreet, Inc.

**Yearly Financials**                                  **Source**
NET SALES                    2,700,000                1

[1] Global Duns Market Identifiers, Copyright 2004 Dun & Bradstreet, Inc.

1 of 1 DOCUMENT

Copyright 2007 Dun & Bradstreet, Inc
Worldbase

June 4, 2007

ANHYDRO HOLDING A/S

OSTMARKEN 7
SOBORG 2860
DENMARK

**REGION:** EUROPE

**\* \* \* \* \* \* \* \* \* COMMUNICATIONS \* \* \* \* \* \* \* \* \***
**TELEPHONE:** 70278222
**FAX:** 70278223

**COUNTRY CODE:** 0045

**\* \* \* \* \* \* \* \* \* COMPANY IDENTIFIERS \* \* \* \* \* \* \* \* \***
**DUNS:** 30-874-7620
**CLASS CODE:** 7415000 -DNB HYLDAHL NACE

**\* \* \* \* \* \* \* \* \* COMPANY INFORMATION \* \* \* \* \* \* \* \* \***
**FOUNDED:** 2004
**LEGAL STATUS:** Corporation
**ORGANIZATION TYPE:** Parent

**EMPLOYEES HERE:** 15 - Actual
**EMPLOYEES TOTAL:** 15 - Actual

**COMPANY TYPE:** Private; Ultimate

**\* \* \* \* \* \* \* \* \* EXECUTIVES \* \* \* \* \* \* \* \* \***

CEO:                          PER SKOUGAARD JESPERSEN, ACTING MANAGING DIRECTOR
CHAIRMAN:                     SIGGE LENNART HARALDSSON
                             OLE EJNER VIGGO ANDERSEN

D 00102

Worldbase, 06/04/2007, ANHYDRO HOLDING A/S

BOARD MEMBER:                     JAN INGVAR DAHLQUIST

                                  WILHELMUS ZWITSERLOOT

                                  LARS HAGELSTAM

* * * * * * * * * * **DESCRIPTION** * * * * * * * * * *
HOLDING COMPANIES, NEC, NSK

* * * * * * * * * * **MARKET AND INDUSTRY** * * * * * * * * * *
**SIC CODES:**
6719 - Holding company

* * * * * * * * * * **FINANCIALS** * * * * * * * * * *
**FISCAL YEAR DATE:** December 31, 2005

* * * * * * * * * * **OTHER FINANCIALS** * * * * * * * * * *

**FINANCIAL FIGURE DATE 12/31/2005**

|              | US DOLLARS    | Danish Kroner |
|--------------|---------------|---------------|
| ANNUAL SALES | $140,131,963  | 890,858,000   |
| NET WORTH    | $26,750,123   | 170,058,000   |
| PROFIT       | $ -7,718,868  | 49,071,000    |

**LOAD-DATE:** June 4, 2007

D 00103