# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ANDREW A. LUNDGREN
DIRECT DIAL: 302-571-3587
DIRECT FAX: 302-576-3551
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 10, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:   Roquette Freres v. SPI Pharma, Inc., et al.
             C.A. No. 06-540-***

Dear Judge Thynge:

      Defendants Drytec Contract Processing Ltd., Anhydro U.K. Ltd., and Anhydro Holding A/S have filed with the Court this date a Motion to Dismiss the Second Amended Complaint, an Opening Brief in support thereof, and three Declarations in support of the Opening Brief: the Declaration of Colleen N. Blackney, the Declaration of Bjarne Henning Jensen and the Declaration of Paul C. Kennet. Due to the time difference in the United Kingdom, where Mr. Kennet resides, an unsigned copy of the Declaration of Mr. Kennet has been filed. Mr. Kennet has, however, verbally verified the accuracy of the information contained therein, and authorized its filing. Counsel will submit an executed Declaration to the Court tomorrow.

                                 Respectfully submitted,

                                 Andrew A. Lundgren (I.D. No. 4429)

AAL:mmeeh

cc:   Clerk, U.S. District Court (By E-filing and Hand Delivery)
      Mary B. Graham, Esquire (By E-filing and Hand Delivery)
      Julia Heaney, Esquire (By E-filing and Hand Delivery)
      Douglas V. Rigler, Esquire (By E-mail)