IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, <br><br> Plaintiff, <br><br> v. <br><br> SPI PHARMA, INC. and DRYTEC LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-540 (***) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Plaintiff's Second Supplemental Response and Objections to Defendant SPI Pharma, Inc.'s First Set of Interrogatories* were caused to be served on July 12, 2007 upon the counsel of record as indicated below:

**BY FIRST CLASS MAIL**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY FIRST CLASS MAIL**

Brian P. Murphy
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA 22202
(703) 521-2297

/s/ *Julia Heaney (#3052)*
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for Plaintiff Roquette Frères

July 2, 2007
767817

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 13, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 13, 2007 upon the following individuals in the manner indicated:

**VIA E-MAIL**

| | |
|---|---|
| John W. Shaw | Brian P. Murphy |
| YOUNG, CONAWAY, STARGATT & TAYLOR | Oren D. Langer |
| The Brandywine Building | MORGAN, LEWIS & BOCKIUS LLP |
| 1000 West Street, 17th Floor | 101 Park Avenue |
| Wilmington, DE 19899-0391 | New York, NY 10178 |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com