IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-*** |
| | ) | |
| SPI PHARMA, INC., DRYTEC LTD., | ) | |
| DRYTEC CONTRACT PROCESSING | ) | **REDACTED - PUBLIC VERSION** |
| LTD., ANHYDRO U.K., LTD., | ) | |
| and ANHYDRO HOLDING A/S, | ) | |
| | ) | |
| Defendants | ) | |

**DECLARATION OF COLLEEN N. BLACKNEY**

        YOUNG CONAWAY STARGATT & TAYLOR LLP
        John W. Shaw (No. 3362)
        Andrew A. Lundgren (No. 4429)
        Jeffrey T. Castellano (No. 4837)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        alundgren@ycst.com

        *Attorneys for Defendants*

OF COUNSEL:
Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

July 10, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-540-(***) |
| | ) | |
| v. | ) | |
| | ) | |
| SPI PHARMA, INC., DRYTEC LTD., | ) | |
| DRYTEC CONTRACT PROCESSING | ) | **REDACTED - PUBLIC VERSION** |
| LTD., ANHYDRO U.K., LTD., and | ) | |
| ANHYDRO HOLDING A/S, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF COLLEEN N. BLACKNEY

Pursuant to 28 U.S.C. § 1746, I, Colleen Blackney, declare the following to the best of my knowledge and understanding:

1. I am the Marketing Manager of defendant SPI Pharma, Inc. ("SPI Pharma"). My job responsibilities include establishing and executing all promotion and pricing plans related to SPI Pharma's line of excipient products. These responsibilities include, among other things, deciding on new product offerings and where such products are manufactured, warehoused and sold.

2. I make this Declaration in support of a motion to dismiss for lack of personal jurisdiction by Anhydro U.K. Ltd. (formerly known as Drytec Ltd.), Drytec Contract Processing Ltd. and Anhydro Holding A/S.

3. 

4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 10, 2007

*Colleen N. Blackney*
Colleen Blackney,
Marketing Manager, SPI Pharma, Inc.

2

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on July 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE  19801

I further certify that on July 17, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Douglas V. Rigler, Esquire
> Young & Thompson
> 745 South 23rd Street, Suite 200
> Arlington, VA  22202

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Andrew A. Lundgren
> John W. Shaw (No. 3362)
> Andrew A. Lundgren (No. 4429)
> Jeffrey T. Castellano (No. 4837)
> Karen E. Keller (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19801
> (302) 571-6600
> alundgren@ycst.com
>
> *Attorneys for SPI Pharma, Inc. and Drytec Ltd.*

# EXHIBIT A

# REDACTED IN ITS ENTIRETY

# EXHIBIT B

# REDACTED IN ITS ENTIRETY