# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ANDREW A. LUNDGREN
DIRECT DIAL: 302-571-3587
DIRECT FAX:   302-576-3551
alundgren@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 12, 2007-
(Redacted Version filed July 17, 2007)

**BY E-FILING**                                    REDACTED –
                                                    **PUBLIC VERSION**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

     Re:    Roquette Freres v. SPI Pharma, Inc., et al.
              C.A. No. 06-540-***

Dear Magistrate Judge Thynge:

    Pursuant to my letter of July 10, 2007 (D.I. 75), I attach herewith the executed version of the Declaration of Paul C. Kennet (without exhibits) which should replace that which was filed under seal as D.I. 74 on July 10, 2007 and forwarded to the court on July 11, 2007.  The attached Declaration is unchanged from that filed and served on July 10, 2007 in all respects but the date and signature on page 7.

    Counsel received the executed version today.

                                        Respectfully submitted,

                                        /s/ *Andrew A. Lundgren*
                                        Andrew A. Lundgren (I.D. No. 4429)

AAL:mmeeh
Attachment

cc:   Clerk, U.S. District Court (w/attachment)(Redacted Version By E-filing)
       Mary B. Graham, Esquire (w/attachment) (Redacted Version By E-filing and E-mail)
       Julia Heaney, Esquire (w/attachment) (Redacted Version by E-filing and E-mail)
       Douglas V. Rigler, Esquire (w/attachment) (By E-mail)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-540-(***) |
| | ) | |
| v. | ) | |
| | ) | |
| SPI PHARMA, INC., DRYTEC LTD., | ) | |
| DRYTEC CONTRACT PROCESSING | ) | **REDACTED - PUBLIC VERSION** |
| LTD., ANHYDRO U.K., LTD., and | ) | |
| ANHYDRO HOLDING A/S, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF PAUL C. KENNET

Pursuant to 28 U.S.C. § 1746, I, Paul C. Kennet, MSc., CEng., MIChemE., declare the following to the best of my knowledge and understanding:

1. I am Managing Director of Anhydro U.K. Ltd. ("Anhydro U.K.") and Drytec Contract Processing Ltd. ("Drytec CP"), both British corporations. I oversee all facets of these businesses, including, but not limited to, sales, reporting, administration, contract execution, contract negotiations and profit and loss. As such, I have personal knowledge of the facts set forth in this Declaration.

2. From May 2004 to January 5, 2007, I was Managing Director of Drytec Ltd., a British corporation. On January 5, 2007, Drytec Ltd. changed its name to Anhydro U.K., but effected no other changes. Accordingly, on that date, I became Managing Director of Anhydro U.K., with all of the same attendant responsibilities that I had as Managing Director of Drytec

1

Ltd. Below I refer to Anhydro U.K. and Drytec Ltd. together as "Anhydro U.K." Attached as Exhibit A is a true and correct copy of a Companies House entry for Anhydro U.K. and the Certificate of Incorporation on Change of Name.

3. I make this Declaration in support of a motion to dismiss for lack of personal jurisdiction by Anhydro U.K. and Drytec CP. The matters set forth here reflect knowledge gained in the course of my association with those entities.

### I. Anhydro U.K.

#### A. Anhydro U.K. Has Never Made, Used, Sold Or Offered To Sell MANNOGEM™ EZ Within The United States And Has Never Imported MANNOGEM™ EZ Into The United States

4. Anhydro U.K. is a private limited company organized under the laws of the United Kingdom with its principal place of business at 46 Morley Road, Tonbridge, Kent, TN9 1RA, England. See Exhibit A.

5. Anhydro U.K. is in the business of designing, supplying, installing and commissioning drying equipment for its customers.

6. Anhydro U.K. has never made, used, sold, or offered to sell MANNOGEM™ EZ within the United States, nor has it imported MANNOGEM™ EZ into the United States.

7. Anhydro U.K. has never made, used, sold, or offered to sell any mannitol product within the United States, nor has it imported any mannitol product into the United States.

#### B. Anhydro U.K. Does Not Have Any Contacts With The State Of Delaware

8. Anhydro U.K. is not a Delaware entity and has never been authorized, registered or qualified to do business in the State of Delaware.

9. Anhydro U.K. does not maintain a registered agent for service of process in Delaware.

10. Anhydro U.K. does not have an office, place of business, factory or showroom in Delaware.

11. No Anhydro U.K. officer, employee, agent or representative maintains an office in Delaware.

12. Anhydro U.K. does not have an interest in and does not use or possess any real or personal property in the State of Delaware.

13. Anhydro U.K. does not provide insurance or act as a surety for anyone in Delaware.

14. Anhydro U.K. does not maintain a mailing address, telephone listing or bank account in Delaware.

15. Anhydro U.K. has never transacted business or performed any character of work or service in Delaware.

16. Anhydro U.K. has never directed any advertising specifically toward residents of Delaware.

17. Anhydro U.K. does not regularly do or solicit business, engage in any other persistent course of conduct in Delaware, or derive substantial revenue from services or things used or consumed in Delaware.

C. 

18.

19. █████████

20. █████████

## II. **Drytec CP**

A. █████████

21. Drytec CP is a private limited company organized under the laws of the United Kingdom with its principal place of business at 46 Morley Road, Tonbridge, Kent, TN9 1RA, England. Attached as Exhibit C is a true and correct copy of a Companies House entry for Drytec CP.

22. █████████

23. █████████

**REDACTED**

**B.     Drytec CP Has Never Made, Used, Sold, Or Offered To Sell MANNOGEM™ EZ Within The United States And Has Never Imported MANNOGEM™ EZ Into The United States**

28.    Drytec CP has never made, used, sold, or offered to sell MANNOGEM™ EZ within the United States, nor has it imported MANNOGEM™ EZ into the United States.

29.    Drytec CP has never made, used, sold, or offered to sell any mannitol product within the United States, nor has it imported any mannitol product into the United States.

**C.     Drytec CP Does Not Have Any Contacts With The State Of Delaware**

30.    Drytec CP is not a Delaware entity and has never been authorized, registered or qualified to do business in the State of Delaware.

31.    Drytec CP does not maintain a registered agent for service of process in Delaware.

32.    Drytec CP does not have an office, place of business, factory or showroom in Delaware.

33.    No Drytec CP officer, employee, agent or representative maintains an office in Delaware.

34.    Drytec CP does not have an interest in and does not use or possess any real or personal property in the State of Delaware.

35.    Drytec CP does not provide insurance or act as a surety for anyone in Delaware.

36.    Drytec CP does not maintain a mailing address, telephone listing or bank account in Delaware.

37.    Drytec CP has never transacted business or performed any character of work or service in Delaware.

38. Drytec CP has never directed any advertising specifically toward residents of Delaware.

39. Drytec CP does not regularly do or solicit business, engage in any other persistent course of conduct in Delaware, or derive substantial revenue from services or things used or consumed in Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 11th, 2007

Paul C. Kennet,
Managing Director, Anhydro U.K. Ltd. and
Drytec Contract Processing Ltd.

7