UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES,<br><br>           Plaintiff,<br><br>v.<br><br>SPI PHARMA, INC..; DRYTEC LTD.;<br>ANHYDRO U.K. LTD.;<br>DRYTEC CONTRACT PROCESSING LTD.;<br>and ANHYDRO HOLDING A/S<br><br>           Defendants. | C.A. No. 06-540 (***) |

## PLAINTIFF'S REPLY TO SPI PHARMA, INC.'S COUNTERCLAIMS

Plaintiff Roquette Frères hereby responds to each paragraph presented by SPI Pharma, Inc. in its counterclaims, as follows:

22. Admitted that this Court has authority to issue a declaratory judgment. The remainder of this paragraph consists of conclusions of law to which no response is required.

23. Admitted.

24. Admitted.

25. Admitted.

26. This paragraph consists of conclusions of law to which no response is required.

27. Denied.

28. Denied.

## JURY TRIAL DEMAND

Plaintiff Roquette Frères demands a trial by jury on all issues so triable.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Julia Heaney*

---

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Plaintiff Roquette Frères

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
(703) 521-2297

July 31, 2007
1090542

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> Young, Conaway, Stargatt & Taylor

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 31, 2007 upon the following individuals in the manner indicated:

## ELECTRONIC MAIL

| | |
|---|---|
| John W. Shaw | Brian P. Murphy |
| Young, Conaway, Stargatt & Taylor | Oren D. Langer |
| The Brandywine Building | Morgan, Lewis & Bockius LLP |
| 1000 West Street, 17th Floor | 101 Park Avenue |
| Wilimington, DE  19899-0391 | New York, NY  10178 |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com