IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-540-*** |
| ) | |
| SPI PHARMA, INC., DRYTEC LTD., ) | |
| DRYTEC CONTRACT PROCESSING LTD., ) | |
| ANHYDRO U.K. LTD. and ANHYDRO ) | |
| HOLDING A/S, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 9, 2007, copies of Defendant SPI Pharma, Inc.'s Objections to Plaintiff Roquette Freres' Notice of Deposition of SPI Pharma, Inc. were served upon the following counsel of record in the manner indicated:

**BY E-MAIL**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

Additionally, I hereby certify that on August 9, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801

**BY E-MAIL AND FEDERAL EXPRESS**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA  22202

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ John W. Shaw*
                John W. Shaw (No. 3362)
                Jeffrey T. Castellano (No. 4837)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19801
                (302) 571-6600
                jcastellano@ycst.com

                *Attorneys for Defendants*

OF COUNSEL:

Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000

Dated: August 9, 2007