IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-*** |
| | ) | |
| SPI PHARMA, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION OF PHILIPPE LEFEVRE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, beginning on September 20, 2007 at 9:30 A.M., in the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801, or at such other mutually agreeable place and time, defendant SPI Pharma, Inc. will take the deposition of Philippe Lefevre, insofar as plaintiff has already produced to SPI Pharma, Inc. all relevant, non-privileged documents within its possession, custody or control related to the testing of SPI Pharma Inc.'s accused product, including test methodologies, test protocols and raw data.

The deposition will take place before a Notary Public or other person authorized to administer oaths. The deposition will be recorded by stenographic and videographic means and continue from day-to-day until completed. You are invited to attend and cross-examine.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jeffrey T. Castellano*
―――――――――――――――――――
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jcastellano@ycst.com
*Attorneys for Defendants*

OF COUNSEL:
Brian P. Murphy
Daniel P. Murphy
Oren D. Langer
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000

Dated: August 9, 2007

# CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, hereby certify that on August 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on August 9, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL AND FEDERAL EXPRESS**
>
> Douglas V. Rigler, Esquire
> Young & Thompson
> 745 South 23rd Street, Suite 200
> Arlington, VA 22202

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> _____
> John W. Shaw (No. 3362)
> Jeffrey T. Castellano (No. 4837)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> jcastellano@ycst.com
>
> *Attorneys for Defendants*