IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-*** |
| | ) | |
| SPI PHARMA, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION OF JEAN-PHILIPPE BOONAERT

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, beginning on Sept. 25, 2007 at 9:30 A.M., , in the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801, or at such other mutually agreeable place and time, defendant SPI Pharma, Inc. will take the deposition of Jean-Philippe Boonaert, insofar as plaintiff has already produced to SPI Pharma, Inc. all relevant, non-privileged invention development documents within its possession, custody or control.

The deposition will take place before a Notary Public or other person authorized to administer oaths. The deposition will be recorded by stenographic and videographic means and continue from day-to-day until completed. You are invited to attend and cross-examine.

                                             YOUNG CONAWAY STARGATT
                                             & TAYLOR, LLP

                                             */s/ Jeffrey T. Castellano*

                                             John W. Shaw (No. 3362)
                                             Jeffrey T. Castellano (No. 3847)
                                             The Brandywine Building
                                             1000 West Street, 17th Floor
                                             Wilmington, Delaware 19801
                                             (302) 571-6600
                                             jcastellano@ycst.com
                                             *Attorneys for Defendants*

OF COUNSEL:
Brian P. Murphy
Daniel P. Murphy
Oren D. Langer
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000

Dated: August 9, 2007

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, hereby certify that on August 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on August 9, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL AND FEDERAL EXPRESS**
>
> Douglas V. Rigler, Esquire
> Young & Thompson
> 745 South 23rd Street, Suite 200
> Arlington, VA 22202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jeffrey T. Castellano
_____
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jcastellano@ycst.com

*Attorneys for Defendants*