IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540-*** |
| | ) |
| SPI PHARMA, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 15, 2007, copies of SPI Pharma, Inc.'s First Supplemental Response To Roquette Freres' Interrogatory No. 4 were served upon the following counsel of record in the manner indicated:

### BY E-MAIL

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

### BY E-MAIL AND FEDERAL EXPRESS

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

Additionally, I hereby certify that on August 15, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF, HAND DELIVERY AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       /s/ Jeffrey T. Castellano
       John W. Shaw (No. 3362)
       Jeffrey T. Castellano (No. 4837)
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, Delaware 19801
       (302) 571-6600
       jcastellano@ycst.com
       *Attorneys for Defendants*

OF COUNSEL:
Brian P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Dated: August 15, 2007