IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROQUETTE FRÈRES, :
:
Plaintiff, :
:
v. : C. A. No. 06-540-MPT
:
SPI PHARMA, INC. and DRYTEC LTD., :
:
Defendants. :

### ORDER

At Wilmington this **29th** day of **August, 2007.**

IT IS ORDERED that the findings and rulings made during the teleconference of August 28, 2007 on D.I. 97, 98, 99 and 100 as contained in the transcript of that teleconference serve as an Order in this matter.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE