IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRÈRES, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 06-540-MPT |
| SPI PHARMA, INC. and DRYTEC LTD., | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **11th** day of **September, 2007.**

IT IS ORDERED that a teleconference has been scheduled for **Friday, September 14, 2007 at 12:30 p.m. EST** with Judge Thynge to address a discovery issue. **Julia Heaney, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE