IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-540-MPT |
| | : |
| SPI PHARMA, INC. and DRYTEC LTD., | : |
| | : |
| Defendants. | : |

**ORDER**

At Wilmington this **19th** day of **September, 2007.**

IT IS ORDERED that the rulings and findings by the court as contained in the transcript of September 14, 2007 dealing with the production and procedures related thereto of products of SPI serve as an order of the court.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE