IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRÈRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540 (***) |
| | ) | |
| SPI PHARMA, INC. and DRYTEC LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF GARY NORMAN

PLEASE TAKE NOTICE that Plaintiff Roquette Freres will take the testimony of GARY NORMAN by deposition upon oral examination at the offices of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 N. Market Street, Wilmington, DE 19899, on November 7, 2007 commencing at 9:30 am, or at such other mutually agreeable time and place. The deposition will be recorded stenographically and/or by videotape by a certified court reporter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

*Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
(703) 521-2297

October 5, 2007
1255634

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> Young, Conaway, Stargatt & Taylor

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 5, 2007 upon the following individuals in the manner indicated:

## BY ELECTRONIC MAIL

| | |
|---|---|
| John W. Shaw | Brian P. Murphy |
| Young, Conaway, Stargatt & Taylor | Oren D. Langer |
| The Brandywine Building | Morgan, Lewis & Bockius LLP |
| 1000 West Street, 17th Floor | 101 Park Avenue |
| Wilmington, DE  19899-0391 | New York, NY  10178 |

*/s/ Julia Heaney (#3052)*

_____

Julia Heaney (#3052)
jheaney@mnat.com