# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Benjamin J. Schladweiler
302 351 9115
302 425 4697 Fax
bschladweiler@mnat.com

October 17, 2007

**BY E-FILING AND HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Roquette Frères v. SPI Pharma, Inc., et al.*
      C.A. 06-540 (***)

Dear Dr. Dalleo:

    Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f), Roquette Frères, by undersigned counsel, requests that the Clerk of the Court perfect service by registered mail on the following defendants at the addresses listed:

| | | |
|---|---|---|
| Anhydro U.K. Ltd. | Drytec Contract Processing Ltd. | Anhydro Holding A/S |
| 46 Morley Road | 46 Morley Road | Oestmarken 7 |
| Tonbridge, Kent | Tonbridge, Kent | DK-2860 |
| TN9 1RA, England | TN9 1RA, England | Soeborg, Denmark |

    Pre-addressed envelopes and registered mail receipts will be included with the Court's courtesy copy of this letter, along with an original plus one copy of each summons, and copies of the Amended Complaint and Notice of Availability of Magistrate Judge, to be served upon Anhydro U.K. Ltd., Drytec Contract Processing Ltd. and Anhydro Holding A/S.

Respectfully,

Benjamin J. Schladweiler (#4601)

BJS/dam
Enclosures
cc:   John W. Shaw (by email)
      Oren D. Langer (by email)

1268894

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-540 (***) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) ) ) |
| Defendants. | ) ) |

### DECLARATION OF BENJAMIN SCHLADWEILER

I hereby certify under penalty of perjury that I have researched service of process in Great Britain and Denmark and have found that service by mail under Fed. R. Civ. P. 4(f)(2)(C)(ii) is an acceptable means of service in those countries.

Benjamin J. Schladweiler (#4601)

Dated: October 17, 2007
1268923