AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

ROQUETTE FRERES,

Plaintiff

V.

SPI PHARMA, INC., DRYTEC LTD.,
ANHYDRO U.K. LTD., DRYTEC
CONTRACT PROCESSING LTD., and
ANHYDRO HOLDING A/S,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 06-540 (***)

TO: (Name and address of Defendant)

DRYTEC CONTRACT PROCESSING LTD.
c/o Secretary of State
401 Federal Street, Suite 4
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                               JUN 2 8 2007

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/17/07 |
| NAME OF SERVER (PRINT) Thomas Lyle | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant DRYTEC CONTRACT PROCESSING LTD. by hand delivering copies thereof to defendant's registered agent, Secretary of State, 401 Federal Street Suite 4, Dover DE 19901.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/17/07      Thomas Lyle
　　　　　　　Date　　　　　Signature of Server

　　　　　　　　　　　Blue Marble
　　　　　　　　　　　800 King St. Wilm De.
　　　　　　　　　　　Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.