AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ROQUETTE FRERES,

           Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

SPI PHARMA, INC., DRYTEC LTD., ANHYDRO U.K. LTD., DRYTEC CONTRACT PROCESSING LTD., and ANHYDRO HOLDING A/S,

           Defendants.

CASE NUMBER: C.A. No. 06-540 (***)

TO: (Name and address of Defendant)

ANHYDRO HOLDING A/S
c/o Secretary of State
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Julia Heaney, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street, P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                 JUN 28 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/17/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas Lyle | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant ANHYDRO HOLDING A/S by hand delivering copies thereof to defendant's registered agent, Secretary of State, 401 Federal Street, Suite 4, Dover DE 19901.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/17/07
           Date

Signature of Server: Thomas Lyle

Address of Server: Blue Marble, 800 King St Wilm Del.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.