IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roquette Freres | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 06-540 *** |
| v. | : |
| | : |
| SPI Pharma Inc. et al. | : |
| | : |
| Defendants. | : |

## AFFIDAVIT

    I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on **October 17, 2007** by Registered Mail **#RA 614 328 755  US**, U.S. Postal Service, to **Drytec Contract Processing Ltd., 46 Morley Road, Tonbridge, Kent, TN91RA, England**, the following documents:

    a) Copy of cover letter, Alias Summons and Second Amended Complaint served upon the Secretary of State of the State of Delaware in connection with the above-captioned case; and

    b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

                                                Elizabeth L. Strickler
                                                Deputy Clerk

Sworn to and subscribed before me
this 18th day of October, 2007.

Larisha Davis
Deputy Clerk

D.I. #_____

# CIVIL ACTION NUMBER: 06cv540

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| Registered No. RA 614 328 755 US | | Date Stamp |
|---|---|---|
| Reg. Fee $ 0.95 | Special Delivery $ | DE 19801 |
| Handling Charge $ | Return Receipt $ 2.15 | WILMINGTON OCT 18 2007 USPS |
| Postage $ 3.60 | Restricted Delivery $ | |
| Received by _Dulce_ | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance<br>☒ Without Postal Insurance | |

FROM:
Dr Peter T. Dalleo, Clerk of Court
United States District Court
844 King Street  Longarm 06cv 540
Wilmington DE 19801

TO:
Drytec Contract Processing Ltd
46 Morley Road
Tonbridge, Kent
TN9 1RA, England

PS Form 3806, Receipt for Registered Mail  (Customer Copy)
June 2000                                    (See Information on Reverse)

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 18, 2007

REGISTERED MAIL
<u>RETURN RECEIPT REQUESTED</u>

**Drytec Contract Processing Ltd.**
**46 Morley Road**
**Tonbridge, Kent**
**TN9 1RA, England**

RE: **Roquette Freres v. SPI Pharma Inc. et al.**
   Civil Action **06-540 \*\*\***

Dear Sirs/Madam:

Enclosed please find copies of Summons, and Second Amended Complaint in the above case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

> **Julia Heaney, Esq.**
> **Morris, Nichols, Arsht & Tunnell LLP**
> **1201 North Market Street**
> **P.O. Box 1347**
> **Wilmington, DE 19899-1347**

Very truly yours,

BY: PETER T. DALLEO
    CLERK

Encls.
cc:  **Julia Heaney, Esq.**
    **Morris, Nichols, Arsht & Tunnell LLP**
    **1201 North Market Street**
    **P.O. Box 1347**
    **Wilmington, DE 19899-1347**

Mailed by:  <u>E. Strickler</u>