IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roquette Freres | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 06-540 *** |
| v. | : |
| | : |
| SPI Pharma Inc., et al. | : |
| | : |
| Defendants. | : |

### AFFIDAVIT

    I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on **October 18, 2007** by Registered Mail #**RA 614 328 747 US**, U.S. Postal Service, to **Anhydro U.K. Ltd., 46 Morley Road, Tonbridge, Kent, TN9 1RA, England**, the following documents:

    a) Copy of cover letter, Alias Summons and Second Amended Complaint served upon the Secretary of State of the State of Delaware in connection with the above-captioned case; and

    b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

                                            Elizabeth L. Strickler
                                            Deputy Clerk

Sworn to and subscribed before me
this 18th day of October, 2007.

Larisha Davis
Deputy Clerk

D.I. #_____

# CIVIL ACTION
# NUMBER: 06cv540

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

Registered No. KA 64 328 747 US

Reg. Fee $9.50
Handling Charge $
Postage $3.60
Received by: [signature]

Special Delivery $
Return Receipt $2.15
Restricted Delivery $

Date Stamp: WILMINGTON DE 19801, OCT 18 2007, USPS

Customer Must Declare Full Value $
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM: Clerk of Court - US District, 844 King Street, Wilmington DE 19801 — longarm 06cv540

TO: Anhydro UK Ltd, 46 Morley Road, Ionbridge, Kent, TN9 1RA, England

PS Form 3806, June 2000   Receipt for Registered Mail   (Customer Copy)
(See Information on Reverse)

October 18, 2007

REGISTERED MAIL
<u>RETURN RECEIPT REQUESTED</u>

**Anhydro U.K. Ltd.**
**46 Morley Road**
**Tonbridge, Kent**
**TN9 1RA, England**

RE: **Roquette Freres v. SPI Pharma Inc. et al.**
    Civil Action **06-540 \*\*\***

Dear Sirs/Madam:

Enclosed please find copies of Summons, and Second Amended Complaint in the above case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

        **Julia Heaney, Esq.**
        **Morris, Nichols, Arsht & Tunnell LLP**
        **1201 North Market Street**
        **P.O. Box 1347**
        **Wilmington, DE 19899-1347**

Very truly yours,

BY: PETER T. DALLEO
    CLERK

Encls.

cc: **Julia Heaney, Esq.**
    Morris, Nichols, Arsht & Tunnell LLP
    **1201 North Market Street**
    **P.O. Box 1347**
    **Wilmington, DE 19899-1347**

Mailed by: <u>E. Strickler</u>