IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Roquette Freres

    Plaintiff,

    v.

SPI Pharma Inc., et al.

    Defendants.

: Civil Action No. 06-540 ***

## AFFIDAVIT

    I, Elizabeth L. Strickler, being first duly sworn, deposed and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on **October 18, 2007** by Registered Mail **#RA 614 328 733 US**, U.S. Postal Service, to **Anhydro Holding A/S, Oestmarken 7, DK-2860, Soeberg, Denmark**, the following documents:

    a) Cover letter, Alias Summons and Second Amended Complaint served upon the Secretary of State of the State of Delaware in connection with the above-captioned case; and

    b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

                                           Elizabeth L. Strickler
                                           Deputy Clerk

Sworn to and subscribed before me
this 18th day of October, 2007.

Larisha Davis
Deputy Clerk

D.I. #_____

# CIVIL ACTION
# NUMBER: _____06cv540_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| | |
|---|---|
| Registered No. RA 614 328 733 US | Date Stamp |
| Reg. Fee $9.90 | Special Delivery $ |
| Handling Charge $ | Return Receipt $ 2.15 |
| Postage $ 7.60 | Restricted Delivery $ |
| Received by: [signature] | |

Customer Must Declare Full Value $ — Without Postal Insurance

FROM: Dr Peter Dalleo, Clerk of Court
United States District Court
844 King Street  Lockbox 18  06cv540
Wilmington DE 19801

TO: Anhydro Holding A/S
Oestmarken 7
DK-2860
Soeboro Denmark

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 18, 2007

REGISTERED MAIL
RETURN RECEIPT REQUESTED

**Anhydro Holding A/S**
**Oestmarken 7**
**DK-2860**
**Soeberg, Denmark**

RE: **Roquette Freres v. SPI Pharma Inc. et al.**
      Civil Action **06-540 \*\*\***

Dear Sirs/Madam:

Enclosed please find copies of Alias Summons, and Second Amended Complaint in the above case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

> **Julia Heaney, Esq.**
> **Morris, Nichols, Arsht & Tunnell LLP**
> **1201 North Market Street**
> **P.O. Box 1347**
> **Wilmington, DE 19899-1347**

Very truly yours,

BY: PETER T. DALLEO
      CLERK

Encls.
cc:  **Julia Heaney, Esq.**
      **Morris, Nichols, Arsht & Tunnell LLP**
      **1201 North Market Street**
      **P.O. Box 1347**
      **Wilmington, DE 19899-1347**

Mailed by: E. Strickler