IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
ROQUETTE FRERES                          :
                                         :
            Plaintiff,                   :
                                         :
    v.                                   :   Civil Action No. 06-540 (***)
                                         :
SPI PHARMA, INC., *et al.*,              :
                                         :
            Defendants.                  :
                                         :
---------------------------------------------------------------x

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) FOR LACK OF PERSONAL JURISDICTION

Defendants Drytec Ltd., Drytec Contract Processing Ltd., Anhydro U.K., Ltd. and Anhydro Holding A/S ("Co-Defendants") hereby respond to Plaintiff Roquette Freres' Second Amended Complaint by incorporating by reference Co-Defendants' pending motion to dismiss plaintiff's Second Amended Complaint. Plaintiff's Second Amended Complaint was filed on June 28, 2007. (See D.I. 67). Co-Defendants' motion to dismiss plaintiff's Second Amended Complaint was filed on July 10, 2007 (D.I. 70-74) pursuant to the Court's June 25, 2007 Order (D.I. 65).

                                            YOUNG CONAWAY STARGATT
                                            & TAYLOR, LLP

                                            /s/ John W. Shaw
                                            _____
                                            John W. Shaw, Esq. (No. 3362) (jshaw@ycst.com)
                                            Jeffrey T. Castellano (No. 4837) (jcastellano@ycst.com)
                                            The Brandywine Building
                                            1000 West Street, 17th Floor
                                            Wilmington, Delaware 19801
                                            (302) 571-6600
                                            *Attorneys for Defendants*

OF COUNSEL:
Brian P. Murphy, Esq.
Daniel P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York  10178
(212) 309-6000


Dated: November 6, 2007

## CERTIFICATE OF SERVICE

I, Jeffrey T. Castellano, hereby certify that on November 6, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE 19801

I further certify that on November 6, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Douglas V. Rigler, Esquire
> Young & Thompson
> 745 South 23rd Street, Suite 200
> Arlington, VA 22202

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Jeffrey T. Castellano
_____
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jcastellano@ycst.com

*Attorneys for Defendants*