Case 1:06-cv-00540-***-MPT    Document 140    Filed 12/07/2007    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-MPT |
| | ) | |
| SPI PHARMA, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER RE-SCHEDULING STATUS CONFERENCE</u>**

WHEREAS, a status conference was scheduled to be held by the Court on December 13, 2007 at 8:30 a.m.; and

WHEREAS, the parties have requested that the Court consider certain discovery disputes at the status conference;

IT IS HEREBY ORDERED that: 1) the status conference is re-scheduled to Wednesday, December 19, at 5:30 p.m.; 2) either party may raise and argue its respective discovery issue(s) in opening letters filed no later than 4:00 p.m. on December 17, 2007, which may be answered by letters filed no later than 4:00 p.m. on December 18, 2007; and 3) the briefing shall conform with paragraph 3(e) of the First Amended Scheduling Order as modified in the Court's Order of October 19, 2007 (D.I. 127).

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE