IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-540 (GMS) |
| | ) |
| SPI PHARMA, INC. and DRYTEC LTD., | )   **PUBLIC VERSION** |
| | ) |
| Defendants. | ) |

**EXHIBIT A TO PLAINTIFF'S SUR-REPLY BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION FOR LEAVE
TO AMEND ITS ANSWER, DEFENSES AND COUNTERCLAIMS**

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | Mary B. Graham (#2256) |
| | Julia Heaney (#3052) |
| | Benjamin J. Schladweiler (#4601) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE 19899 |
| | (302) 658-9200 |
| Douglas. V. Rigler | *Attorneys for Plaintiff Roquette Frères* |
| Andrew J. Patch | |
| Jeffrey R. Snay | |
| YOUNG & THOMPSON | |
| 745 South 23rd Street, Suite 200 | |
| Arlington, VA  22202 | |
| (703) 521-2297 | |

Originally Filed:  February 6, 2008
Redacted Version Filed:  February 6, 2008

# EXHIBIT A

## FULLY REDACTED

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>John W. Shaw
>Young, Conaway, Stargatt & Taylor

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 6, 2008 upon the following individuals in the manner indicated:

## ELECTRONIC MAIL

| | |
|---|---|
| John W. Shaw | Brian P. Murphy |
| Young, Conaway, Stargatt & Taylor | Oren D. Langer |
| The Brandywine Building | Daniel P. Murphy |
| 1000 West Street, 17th Floor | Morgan, Lewis & Bockius LLP |
| Wilmington, DE 19899-0391 | 101 Park Avenue |
| | New York, NY 10178 |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com