IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540-GMS |
| | ) | |
| SPI PHARMA, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 25, 2008, copies of *SPI Pharma, Inc.'s Objections and Responses to Roquette Freres' Second Set of Document Requests (Nos. 31-39)* were served upon the following counsel of record in the manner indicated:

### BY E-MAIL

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

### BY E-MAIL AND FEDERAL EXPRESS

Douglas V. Rigler, Esquire
Jeffrey R. Snay, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

Additionally, I hereby certify that on February 26, 2008, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF AND E-MAIL**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**

Douglas V. Rigler, Esquire
Young & Thompson
745 South 23rd Street, Suite 200
Arlington, VA 22202

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ John W. Shaw

                John W. Shaw (No. 3362)
                Jeffrey T. Castellano (No. 4837)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                (302) 571-6600
                jcastellano@ycst.com
                *Attorneys for Defendants*

OF COUNSEL:
Brian P. Murphy, Esq.
Daniel P. Murphy, Esq.
Oren D. Langer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Dated: February 26, 2008