IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROQUETTE FRERES            :

    Plaintiff            :

v.                         : Civil Action No. 06-540 GMS

SPI PHARMA, INC.           :

    Defendant            :

### ORDER REGARDING REFERENCE
### PURSUANT TO 28 U.S.C. § 636

At Wilmington this  2nd  day of April, 2008,

IT IS ORDERED that:

This case is no longer referred to Magistrate Judge Leonard P. Stark;

Consistent with 28 U.S.C. § 636(b), the case will be referred to Magistrate Judge Mary Pat Thynge for purposes of (1) hearing and determining all motions to dismiss and motions for judgment on the pleadings (either by consent or by report and recommendation); (2) hearing and determining all discovery disputes; and (3) conducting alternate dispute resolution.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

APR - 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE