# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 576-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

April 4, 2008

**VIA CM/ECF and VIA HAND DELIVERY**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

   Re: *Roquette Freres v. SPI Pharma, Inc., et al.*, C.A. No. 06-540 (GMS)(MPT)

Dear Magistrate Judge Thynge:

  As Your Honor is aware, we are counsel for Defendant SPI Pharma, Inc. ("SPI") in the above-referenced matter. We write to identify open issues that require decision pursuant to the reference in Judge Sleet's April 2 Order and respectfully request entry of a new scheduling order for the remaining phases of the case.

  There are three pending issues. They are: (i) Defendants Anhydro U.K. Ltd., Drytec Contract Processing Ltd. and Anhydro Holding A/S's (together, "co-defendants") motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction (D.I. 70-74, 84, 88), for which the parties have consented (D.I. 39) to Your Honor's jurisdiction, subject to the approval of the Court; (ii) SPI's December 28, 2007 motion for leave to amend its Answer and Counterclaims to add an affirmative defense and counterclaim of unenforceability of the '777 patent due to inequitable conduct (D.I. 147, 148, 152, 155); and (iii) Roquette's motion for leave to file a sur-reply in response to SPI's reply brief (D.I. 156-158, 162). We had understood in January that Your Honor is working on these motions and that the parties will receive decisions in due time.

  With regard to a litigation schedule, the parties had been operating under a stipulated scheduling order entered by Your Honor that set April 17, 2008 as the date for the conclusion of all discovery, including service of expert reports and taking and defending fact and expert depositions. Pursuant to a separate stipulated scheduling order, also entered in the case by Your

Young Conaway Stargatt & Taylor, LLP
The Honorable Mary Pat Thynge
April 4, 2008
Page 2

Honor on January 22, 2008, the parties agreed and were ordered to exchange affirmative expert witness reports on February 15, 2008 and rebuttal expert witness reports on March 10, 2008. (D.I. 151).

On February 1, 2008, the case was reassigned to Judge Sleet. On February 7, 2008, Judge Sleet issued a Case Management Order rescinding all scheduling orders previously entered. SPI went forward with serving its affirmative expert reports on February 15, 2008 in the belief that the Court's Case Management Order did not alter the parties' recently stipulated dates for exchange of expert reports. In contrast, Roquette's counsel has taken the view that the stipulated expert discovery schedule was no longer in effect and therefore did not serve its affirmative expert reports on SPI on February 15. Roquette's counsel, in possession of SPI's affirmative expert reports for well over one month, does not intend to serve its own affirmative expert reports until after a new scheduling order is entered by the Court.

SPI believes both parties desire to conclude discovery as expeditiously as possible. Accordingly, we request Your Honor's indulgence in convening a Scheduling Conference at your earliest convenience to set dates for the conclusion of discovery, submission of *Markman* and dispositive motion papers and trial.

We are available at the convenience of the Court should Your Honor have any questions.

Respectfully submitted,

John W. Shaw

JWS:pls
cc:   Clerk of the Court (By Hand Delivery)
      Douglas Rigler, Esquire (By CM/ECF)
      Julia Heaney, Esquire (By CM/ECF)
      Brian Murphy, Esquire (By CM/ECF)