IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540 (GMS) |
| | ) |
| SPI PHARMA, INC. and DRYTEC LTD., | ) |
| | ) |
| Defendants. | ) |

### AMENDED NOTICE OF DEPOSITION OF PETER DICKINSON

PLEASE TAKE NOTICE that Plaintiff Roquette Frères will take the testimony of Peter Dickinson, by deposition upon oral examination at the London Offices of MORGAN, LEWIS & BOCKIUS LLP, Condor House, 5-10 St. Paul's Churchyard, London EC4M 8AL, United Kingdom, commencing on April 11, 2008, at 10 a.m. The deposition will be recorded stenographically and/or by videotape by a certified court reporter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
Jeffrey R. Snay
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
(703) 521-2297

April 9, 2008
2288517

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 9, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>John W. Shaw
>Jeffrey T. Castellano
>YOUNG, CONAWAY, STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 9, 2008 upon the following individuals in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| John W. Shaw | Brian P. Murphy |
| Jeffrey T. Castellano | Oren D. Langer |
| YOUNG, CONAWAY, STARGATT & TAYLOR | MORGAN, LEWIS & BOCKIUS LLP |
| The Brandywine Building | 101 Park Avenue |
| 1000 West Street, 17th Floor | New York, NY 10178 |
| Wilmington, DE 19899-0391 | |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com