IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-540-GMS/MPT |
| SPI PHARMA, INC., et. al. | : |
| Defendants. | : |

## ORDER

At Wilmington this **16th** day of **April, 2008**.

IT IS ORDERED that the teleconference scheduled for Friday, April 18, 2008 at 8:30 a.m. with Magistrate Judge Thynge to discuss the status of the matter has been rescheduled to **Monday, April 21, 2008 at 8:30 a.m. John W. Shaw, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE