IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-540-GMS/MPT |
| SPI PHARMA, INC., et al. | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 22 day of April, 2008.

IT IS ORDERED that a teleconference has been scheduled for Monday, April 28, 2008 at 5:30 p.m. with Magistrate Judge Thynge to discuss case scheduling and a discovery dispute. Counsel for plaintiff Roquette Freres shall initiate the teleconference call. Plaintiff's letter submission is due Thursday, April 24, 2008 at 12 p.m. and defendants' letter submission is due Friday April 25, 2008 at 12 p.m.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE