# SEALED DOCUMENT

Case 1:06-cv-00540-GMS-MPT    Document 178    Filed 04/24/2008    Page 1 of 1

SEALED DOCUMENT