# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 576-3587
DIRECT FAX: (302) 576-3551
jcastellano@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

May 14, 2008

**BY CM/ECF**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    <u>Roquette Freres v. SPI Pharma, Inc., et al., C.A. No. 06-540-GMS (MPT)</u>

Dear Judge Thynge:

On behalf of SPI Pharma, Inc. ("SPI"), enclosed please find a form of order implementing Your Honor's rulings in the April 28, 2008 teleconference.

SPI has made several attempts to secure plaintiff Roquette Freres' ("Roquette") agreement as to the terms of the proposed order, but those attempts have not been successful. In particular, Roquette objects to the language "Mannitol$^{TM}$ HS in relationship to Pharmaburst$^{TM}$ C1" in paragraphs 1(a) and 1(b) of the proposed order, and to paragraph 4, which provides that "[t]he parties may contact the presiding district judge in this matter to establish a schedule for the purposes of *Markman*, case dispositive motions, and trial."

SPI believes that the proposed order accurately incorporates the rulings made during the April 28 teleconference. Support for each of the order's provisions can be found in the transcript of the April 28 teleconference, as laid out below:

| Provision of Proposed Order | April 28 Teleconference Transcript Citation |
|---|---|
| 1(a) | Tr. 14:11-13, 26:13-14; 31:10-11 |
| 1(b) | Tr. 30:17-19, 31:16-32:17 |
| 1(c) | Tr. 32:19-33:1 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Mary Pat Thynge
May 14, 2008
Page 2

| | |
|---|---|
| 2(a) | Tr. 37:6-38:5 |
| 2(b) | Tr. 39:21 |
| 3 | Tr. 41:13-14 |
| 4 | Tr. 39:25-40:3 |

Additionally, SPI has made use of the Court's own form language where possible (*See, e.g.*, paragraph 2(a)). For these reasons, SPI believes the enclosed form of order is appropriate and accurate. Of course, counsel for SPI remains available to answer any of the Court's questions with regard to the proposed order.

Respectfully submitted,

Jeffrey T. Castellano (#4837)

Enclosure

cc: Clerk, U.S. District Court (by CM/ECF and hand delivery)
Julia Heaney, Esquire (by CM/ECF and hand delivery)
Douglas V. Rigler, Esquire (via e-mail)
Brian Murphy, Esquire (via e-mail)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRERES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SPI PHARMA, INC., *et al.* )<br>)<br>)<br>    Defendants. )<br>_____ ) | C.A. No. 06-540 (GMS/MPT) |

## **SCHEDULING ORDER**

WHEREFORE on this _____ day of _____, 2008, the Court having conducted a telephone conference with the parties on April 28, 2008, and the Court having issued certain rulings during that telephone conference setting new scheduled dates;

IT IS ORDERED that:

1. **Fact Discovery**

    a. <u>Document Discovery</u>: SPI Pharma, Inc. shall produce on or before May 30, 2008 all documents pertaining to Mannitol HS in relationship to Pharmaburst™ C1, and all information regarding Mannitol HS in relationship to Pharmaburst™ C1 that is of the type that SPI Pharma, Inc. previously produced in relationship to Mannogem™ EZ.

    SPI Pharma, Inc. also shall produce on or before May 30, 2008 all information regarding product, quantity purchased and price received, and all sales documents through April, 2008, pertaining to Pharmaburst™ B1 and Pharmaburst™ B2.

b. <u>Depositions</u>. Plaintiff may depose Arun Amin, Colleen Blackney, Paul LoPresto and Peter Dickinson concerning Mannitol HS in relationship to Pharmaburst™ C1. SPI Pharma, Inc. shall designate one or more of those witnesses to testify on its behalf pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and shall identify each person who is prepared, capable and designated to testify regarding each topic set forth in Plaintiff's Rule 30(b)(6) Notice of Deposition at least forty-eight (48) hours in advance of the deposition.

c. <u>Discovery Cut Off</u>. All fact discovery in this case shall be initiated so that it will be completed on or before June 30, 2008.

2. **Expert Discovery**

a. <u>Disclosure of Expert Testimony</u>. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before June 30, 2008. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before July 21, 2008. Along with the expert disclosures, the parties shall advise of the dates and times of their experts' availability for deposition.

b. All depositions of persons providing expert testimony under Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be completed on or before August 15, 2008, unless the parties agree to extend such deadline.

3. **Deposition Practice.** Deposition length shall be governed by the Federal Rules of Civil Procedure.

      4.      Other Scheduling Matters. The parties may contact the presiding district judge in this matter to establish a schedule for the purposes of *Markman*, case dispositive motions, and trial.

                                _____
                                  UNITED STATES MAGISTRATE JUDGE