## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRÈRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-540 (GMS/MPT) |
| | ) | |
| SPI PHARMA, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of the 1) Notice of

Deposition of Arun Amin; 2) Notice of Deposition of Peter Dickinson; 3) Notice of Deposition

of Paul Lopresto; and 4) Notice of Deposition of Colleen Blackney were caused to be served on

May 20, 2008 upon the counsel of record as indicated below:

**BY FIRST CLASS MAIL**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY E-MAIL AND FIRST CLASS MAIL**

Brian P. Murphy
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   *Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
Jeffery R. Snay
YOUNG & THOMPSON
745 South 23rd Street, Suite 200
Arlington, VA  22202
(703) 521-2297

May 20, 2008
767817

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> YOUNG, CONAWAY, STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 20, 2008 upon the following individuals in the manner indicated:

### <u>BY E-MAIL</u>

John W. Shaw
YOUNG, CONAWAY, STARGATT &
TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Brian P. Murphy
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178

*/s/ Julia Heaney*

_____
Julia Heaney (#3052)
jheaney@mnat.com