IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540 (GMS/MPT) |
| | ) |
| SPI PHARMA, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Plaintiff's Fourth Supplemental Response and Objections to Defendant SPI Pharma, Inc.'s Interrogatory No. 2* were caused to be served on June 30, 2008 upon the counsel of record as indicated below:

**BY FIRST CLASS MAIL**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY E-MAIL AND FIRST CLASS MAIL**

Brian P. Murphy
Oren D. Langer
Daniel P. Murphy
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

---

Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff Roquette Frères*

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
209 Madison Street, Suite 500
Alexandria, VA 22314
(703) 521-2297

June 30, 2008
767817

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 30, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> John W. Shaw
> YOUNG, CONAWAY, STARGATT & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 30, 2008 upon the following individuals in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| John W. Shaw<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | Brian P. Murphy<br>Oren D. Langer<br>Daniel P. Murphy<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY  10178 |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com