IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-540 (GMS/MPT) |
| | ) |
| SPI PHARMA, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of 1) *Notice of Deposition of Rajesh N. Davé*; 2) *Notice of Deposition of Douglas R. Flanagan, Jr.*; 3) *Notice of Deposition of Phillip A. Beutel*; and 4) *Notice of Deposition of Keith Masters* were caused to be served on July 24, 2008 upon the counsel of record as indicated below:

**BY FIRST CLASS MAIL**

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

OF COUNSEL:

Douglas. V. Rigler
Andrew J. Patch
YOUNG & THOMPSON
209 Madison Street, Suite 500
Alexandria, VA 22314
(703) 521-2297

July 28, 2008
767817

**BY E-MAIL AND FIRST CLASS MAIL**

Brian P. Murphy
Oren D. Langer
Daniel P. Murphy
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
_____
Mary B. Graham (#2256)
Julia Heaney (#3052)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   *Attorneys for Plaintiff Roquette Frères*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>John W. Shaw
>YOUNG, CONAWAY, STARGATT & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 28, 2008 upon the following individuals in the manner indicated:

## **BY E-MAIL**

| | |
|---|---|
| John W. Shaw | Brian P. Murphy |
| YOUNG, CONAWAY, STARGATT & TAYLOR | Oren D. Langer |
| | Daniel P. Murphy |
| The Brandywine Building | MORGAN, LEWIS & BOCKIUS LLP |
| 1000 West Street, 17th Floor | 101 Park Avenue |
| Wilmington, DE 19899-0391 | New York, NY  10178 |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com