IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-540-GMS/MPT |
| SPI PHARMA, INC., et. al. | : |
| Defendants. | : |

### ORDER

At Wilmington this **28ᵗʰ** day of **August, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, September 5, 2008 at 11:15 a.m.** with Magistrate Judge Thynge to address a discovery matter. **John W, Shaw, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE