IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRÈRES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-540-GMS/MPT |
| | : | |
| SPI PHARMA, INC., et. al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **28th** day of **August, 2008**.

IT IS ORDERED that the time of the teleconference scheduled for Friday, September 5, 2008 with Judge Thynge to address a discovery matter has been changed from 11:15 a.m. to **12:15 p.m.  John W, Shaw, Esquire shall initiate the teleconference call.**  The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE