# EXHIBIT B

Case 1:06-cv-00540-GMS-MPT    Document 194    Filed 09/04/2008    Page 1 of 4

# SEALED DOCUMENT

# EXHIBIT C

# SEALED DOCUMENT

Case 1:06-cv-00540-GMS-MPT    Document 194    Filed 09/04/2008    Page 4 of 4